# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For a Petty Offense) — Short Form |
|---|---|
| v. | CASE NUMBER: 11-MJ-7003-MEH |
| JASON STADTMUELLER | PRO SE <br> (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 13; C.R.S. § 42-4-1301(1)(a) | DRIVING UNDER THE INFLUENCE | 12/15/2010 | 1 |

Defendant sentenced to 5 days jail suspended; 12 months unsupervised probation; 48 hours community service with 2 hours through MADD; and a fine of $600/25. The defendant can perform community service and classes in Wisconsin and must provide proof of completion to the government by the end of the probationary term. The fine is to be paid by 07/27/2011.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** | $25.00 | $600.00 | $0.00 |

07/20/2011
Date of Imposition of Judgment

Signature of Judicial Officer

Kathleen M. Tafoya, U.S. Magistrate Judge
Name & Title of Judicial Officer

July 27, 2011
Date